# EXHIBIT B

'AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) | |
| v. | ) | |
| Andre Walters | ) | Case No. 22 Cr. 380 (PAC) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   NYPD Legal Bureau Document Production Unit, Room 110-C, 1 Police Plaza, NY, NY, 10038

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

**SEE RIDER**

| Place:  Federal Defenders of New York, Inc., 52 Duane Street - 10th Floor, New York, NY 10007 | Date and Time:   08/15/2022 9:00 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:  8/2/22

**RUBY J. KRAJICK**

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Andre Walters**
, who requests this subpoena, are:

Marne Lenox, Esq., Federal Defenders of New York, Inc., 52 Duane St, 10th Fl., New York, New York, 10007
marne_lenox@fd.org, 212-417-8721

## Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

New York Police Department Legal Bureau Document Production Unit– Rider

Provide the follow records:

\*\*Complete copies of all arrest and complaint reports relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.:

Complete copies of any and all DD5 reports relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.,

Complete copies of any and all crime scene photographs relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.,

Complete copies of any and all NYPD Crime Stoppers documents and recordings relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.,

Complete copies of any and all aided reports relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.,

Any and all video surveillance in possession and control of the NYPD relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.,

Any and all NYPD lab reports relating to a shooting that occurred at Citgo Gas, 1225 East 233rd Street, Bronx, New York, 10466 on 11/22/2021, between the hours of 9:30 am – 12 pm.\*\*

\*\*The defendant is indigent and invokes Rule 17(b) F.R.CRIM. P, and as such is not responsible for records-related fees.\*\*