IH-32                                                                                               Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

New York City Police Department



| Plaintiff | Case Number |
| --- | --- |
| vs. | 22-MC-219 |
| Andre Walters | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

United States of America



| Plaintiff | Case Number |
| --- | --- |
| vs. | 22-CR-380 (PAC) |
| Andre Walters | |
| Defendant | |

IH-32                                                                                               Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☒ Open     (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case is a criminal case assigned to Judge Crotty. Defendant Andre Walters was arraigned and plead not guilty on 07/29/2022. The Defendant waived indictment. The Defendant was ordered detained by Magistrate Judge Sarah L. Cave for risk of flight/danger on August 5, 2022. Subpoenas were issued by the clerk of court pursuant to Fed. R. Crim. Pro. 17 on August 2, 2022. The Defendant subsequently served the subpoenas on the NYPD.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related, because it is a miscellaneous case created to allow the NYPD to move to quash the subpoenas issued by the clerk in the earlier filed criminal case.

Signature: _____   Date: _____

Firm: _____