UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY POLICE DEPARTMENT,

                Plaintiff,

-v-

ANDRE WALTERS,

                Defendant.

CIVIL ACTION NO.: 22 MC 219 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 12, 2022, Plaintiff the New York City Police Department filed a motion to quash two subpoenas served under Fed. R. Crim. P. 17 by Defendant Andre Walters in the criminal matter U.S. v. Walters, No. 22 Cr. 380 (PAC) (S.D.N.Y.), in which Mr. Walters is represented by attorney Marne Lenox of the Federal Defenders of NY., Inc. and the Government is represented by Assistant United States Attorney Nicholas Chiuchiolo. (ECF No. 1 (the "Motion")). Plaintiff served the Motion on Mr. Walters and the Government by email and regular mail addressed to Ms. Lenox and AUSA Chiuchiolo. (Id. at 4). To date, neither Mr. Walters nor the Government has responded to the Motion. Accordingly, the Court directs Mr. Walters and the Government to respond to the Motion by **12:00 pm on August 26, 2022**.

Plaintiff shall promptly serve a copy of this Order on Mr. Walters and the Government and file proof of service on the docket.

Dated:     New York, New York
            August 24, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**